**Opinion issued December 13, 2018.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00889-CV

_____

**CINDY THOMPSON, CHARLES THOMPSON AND CC&T INVESTMENTS, LLC, Appellants**

**V.**

**MAE LANDRY, Appellee**

**On Appeal from the 344th District Court**
**Chambers County, Texas**
**Trial Court Case No. 18DCV0421**

## MEMORANDUM OPINION

Appellants, Cindy Thompson, Charles Thompson, and CC&T Investments, LLC, have filed a petition for permissive appeal, seeking to challenge the trial court's interlocutory order denying their motion for summary judgment. *See* TEX. R. APP. P. 28.3; TEX. CIV. PRAC. & REM. CODE § 51.014(d). We deny the petition.

## PER CURIAM

Panel consists of Justices Keyes, Massengale, and Brown.